No. 03–10777. KEUP v. WISCONSIN DEPARTMENT OF HEALTH AND FAMILY SERVICES ET AL. Sup. Ct. Wis. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 03–1293. WHITFIELD v. UNITED STATES. C. A. 11th Cir.; and

No. 03–1294. HALL v. UNITED STATES. C. A. 11th Cir. Motions of petitioners for leave to proceed further herein *in forma pauperis* granted.

No. 03–9005. CUYLER v. WAL-MART STORES. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [541 U. S. 1061] denied. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 03–10284. IN RE BROOKS. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [541 U. S. 1084] denied.

No. 03–9046. RHINES v. WEBER, WARDEN. C. A. 8th Cir. [Certiorari granted, 542 U. S. 936.] Motion of petitioner for appointment of counsel granted. Roberto A. Lange, Esq., of Sioux Falls, S. D., is appointed to serve as counsel for petitioner in this case.

No. 03–9168. SHEPARD v. UNITED STATES. C. A. 1st Cir. [Certiorari granted, 542 U. S. 918.] Motion of petitioner for appointment of counsel granted. Linda J. Thompson, Esq., of Springfield, Mass., is appointed to serve as counsel for petitioner in this case.